PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rayquan Horton					Cr.: 13-00083-001
								PACTS #: 66376

Name of Sentencing Judicial Officer:	THE HONORABLE KEVIN MCNULTY
					UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/01/2013

Original Offense:	Possession of a Firearm by a Convicted Felon

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member

Type of Supervision: Supervised Release			Date Supervision Commenced: 09/10/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1		On October 5 2018, November 20, 2018, and January 22, 2019, Rayquan Horton tested positive for marijuana. The first two tests were confirmed positive by laboratory testing and Horton admitted to marijuana use on January 21, resulting in the positive test on January 22, 2019.


U.S. Probation Officer Action:
The offender is engaged in substance abuse treatment at COPE in Montclair and has regularly been attending group and individual therapy sessions. He has been truthful with his counselor about his substance abuse and is working towards a sober lifestyle. The probation office will continue to monitor Horton's compliance with random drug testing and communication with the treatment provider.

					Respectfully submitted,

					*Dana Hafner/jj*

					By:	Dana Hafner
						U.S. Probation Officer
					Date: 02/06/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/8/2019
_____
Date